# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDANIEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. RIEDEL, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00437-AWI-DLB PC<br><br>ORDER DENYING MOTION FOR SANCTION AND INJUNCTION<br><br>(Doc. 38) |

　　On October 29, 2009, the court dismissed this action without prejudice for Plaintiff's failure to state a claim upon which relief may be granted.  On April 14, 2010, the Ninth Circuit Court of Appeals affirmed this court's dismissal of the action.  On June 16, 2010, Plaintiff filed a motion for sanction against Defendant F. X. Chavez.

　　This action has been closed pursuant to judgment entered on October 28, 2009.  There is no jurisdiction to impose any sanctions.  Accordingly, Plaintiff's motion, filed June 16, 2010, is DENIED.  No further motions will be accepted in this case.

IT IS SO ORDERED.

Dated:   June 22, 2010

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1